IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cosme Aleman, a single man,<br><br>    Plaintiff,<br><br>vs.<br><br>McKeown, Inc., an Arizona corporation, dba McKeown Landscape, et al.,<br><br>    Defendants. | Case No.: CV-13-01763-PHX-ROS<br><br>ORDER |

Pursuant to the parties' Stipulation to Dismiss (**Doc. 24**), and good cause appearing,

IT IS ORDERED this matter is dismissed with prejudice, the parties to bear their own attorneys' fees and costs.

Dated this 25th day of February, 2014.

Roslyn O. Silver
Senior United States District Judge